# EXHIBIT A

Exhibit A

# Composition Chart

| Owner (Share) | Composition | Registration Number |
|---|---|---|
| Ray Henderson Music Co., Inc. (25%) | | |
| | *Sonny Boy* | E696195 |
| | | E699256 |
| Ray Henderson Music Co., Inc. (33.33%) | | |
| | *Alabamy Bound* | E604659 |
| | | E605062 |
| | *Button Up Your Overcoat* | EP2063 |
| | | EU1793 |
| | *If I Had a Talking Picture of You* | EU7092 |
| | | EP8016 |
| | *If You Hadn't Gone Away* | E613224 |
| | | E610897 |
| | *I'm A Dreamer, Aren't We All* | EU8125 |
| | *I'm on the Crest of a Wave* | E683936 |
| | | E694670 |

Exhibit A

# Composition Chart

| Owner (Share) | Composition | Registration Number |
|---|---|---|
| Ray Henderson Music Co., Inc. (33.33%) | | |
| | *I'm Sitting on Top of the World* | |
| | | E628004 |
| | | E621512 |
| | *It All Depends on You* | |
| | | E651216 |
| | | E650445 |
| | *Just a Memory* | |
| | | E658457 |
| | | E665641 |
| | *Lucky Day* | |
| | | E642609 |
| | *Lucky In Love* | |
| | | E670725 |
| | | E670368 |
| | *The Best Things in Life Are Free* | |
| | | E670377 |
| | | E670766 |
| | *The Varsity Drag* | |
| | | E670366 |
| | | E670723 |

Exhibit A

# Composition Chart

| Owner (Share) | Composition | Registration Number |
|---|---|---|
| Ray Henderson Music Co., Inc. (33.33%) | | |
| | Together | |
| | | E664006 |
| | | E679844 |
| | Turn on the Heat | |
| | | EP8018 |
| | | EU8126 |
| | You're the Cream in My Coffee | |
| | | E704849 |
| | | E699976 |
| Ray Henderson Music Co., Inc. (50%) | | |
| | Bye Bye Blackbird | |
| | | E640638 |
| | Life Is Just a Bowl of Cherries | |
| | | EU42179 |
| | | EP24737 |
| | The Thrill Is Gone | |
| | | EU42567 |
| | | EP24741 |