# EXHIBIT B

# Infringement Chart

| # | Composition | Artist | Album |
|---|---|---|---|
| 1 | Alabamy Bound | Fletcher Henderson | Classics, 1924-1925 (HQ Remastered Version) |
| 2 | Alabamy Bound | Louis Armstrong | In New York, 1925, Vol. 1 (HQ Remastered Version) |
| 3 | Alabamy Bound | Louis Armstrong | In New York, 1925, Vol. 1 (HQ Remastered Version) |
| 4 | Alabamy Bound | Louis Armstrong | In New York, 1925, Vol. 1 (HQ Remastered Version) |
| 5 | Button Up Your Overcoat | Eydie Gormé | Vamps The Roaring 20's |
| 6 | Button Up Your Overcoat | Sarah Vaughan | In Chronology 1946 - 1947 |
| 7 | Bye Bye Blackbird | Carmen McRae | Complete R. Burns Sessions |
| 8 | Bye Bye Blackbird | Ella Fitzgerald | Songs From Pete Kelly's Blues (HQ Remastered Version) |
| 9 | Bye Bye Blackbird | Helen Merrill | The Nearness of You (HQ Remastered Version) |
| 10 | Bye Bye Blackbird | Lambert Hendricks and Bavan | Live at Newport '63 (HQ Remastered Version) |
| 11 | Bye Bye Blackbird | Miles Davis | In Person At The Blackhawk Friday Night |
| 12 | Bye Bye Blackbird | Miles Davis | 'Round About Midnight (Bonus Live Tracks) |
| 13 | Bye Bye Blackbird | Miles Davis | Round' About Midnight |
| 14 | Bye Bye Blackbird | Miles Davis | The Legendary Prestige Sessions |
| 15 | Bye Bye Blackbird | Miles Davis | The Original Quintet, First Recording |
| 16 | Bye Bye Blackbird | Miles Davis Quintet | Four! The Complete Miles Davis Quintet 1955-1956 Recordings, Vol. 3 |
| 17 | Bye Bye Blackbird | Nina Simone | Nina Simone At The Village Gate |
| 18 | Bye Bye Blackbird | Oscar Peterson | Ben Webster Meets Oscar Peterson |
| 19 | Bye Bye Blackbird | Rosemary Clooney | Clap Hands! Here Comes Rosie |
| 20 | Bye Bye Blackbird | Sammy Davis, Jr. | The Wham Of Sam |
| 21 | Bye Bye Blackbird | Sammy Davis, Jr. | As Long As She Needs Me |

# Infringement Chart

| # | Composition | Artist | Album |
|---|---|---|---|
| 22 | If I Had a Talking Picture of You | Eddie Lang | Classic Columbia & Okeh Sessions, Vol. 5 (HQ Remastered Version) |
| 23 | If You Hadn't Gone Away | Art Tatum | Art Tatum, The Capitol And Columbia Recordings 1949-1953 |
| 24 | I'm A Dreamer, Aren't We All | Carmen McRae | Complete R. Burns Sessions |
| 25 | I'm A Dreamer, Aren't We All | John Coltrane | Bahia |
| 26 | I'm on the Crest of a Wave | Eddie Lang | Classic Columbia & Okeh Sessions, Vol. 3 (HQ Remastered Version) |
| 27 | I'm Sitting on Top of the World | Aretha Franklin | The Tender, The Moving, The Swinging |
| 28 | I'm Sitting on Top of the World | Isham Jones & His Orchestra | Swinging Down The Lane, 1923-1930 |
| 29 | It All Depends on You | Connie Francis | At The Copa (HQ Remastered Version) |
| 30 | It All Depends on You | Frank Sinatra | Sinatra's Swingin' Session |
| 31 | It All Depends on You | Joe Venuti | Classic Columbia & Okeh Sessions, Vol.1 (HQ Remastered Version) |
| 32 | It All Depends on You | Lester Young | Swing Time, 1948-50, Vol. 8 (HQ Remastered Version) |
| 33 | It All Depends on You | Pete Brown | Classics, 1942-1945 (HQ Remastered Version) |
| 34 | It All Depends on You | Sonny Stitt | At the D.J. Lounge |
| 35 | It All Depends on You | Sonny Stitt | Stittsville |
| 36 | Just a Memory | Duke Ellington | Side by Side, with Johnny Hodges |
| 37 | Just a Memory | Judy Garland | Alone (Expanded, HQ Remastered Version) |
| 38 | Life Is Just a Bowl of Cherries | Carmen McRae | The 1964 Orchestra Recordings |
| 39 | Life Is Just a Bowl of Cherries | Judy Garland | Judy (Expanded, HQ Remastered Version) |
| 40 | Life Is Just a Bowl of Cherries | Paul Anka | Young, Alive And In Love! (HQ Remastered Version) |
| 41 | Life Is Just a Bowl of Cherries | Woody Herman | Big Bands, 1946-54 (HQ Remastered Version) |
| 42 | Lucky Day | Annie Ross | A Gasser! |

# Infringement Chart

| # | Composition | Artist | Album |
|---|---|---|---|
| 43 | Lucky Day | Judy Garland | The Garland Touch (Expanded, HQ Remastered Version) |
| 44 | Lucky In Love | Sarah Vaughan | Sarah Vaughan Sings Broadway: Great Songs From Hit Shows |
| 45 | Lucky In Love | Sarah Vaughan & Her Trio | At Mister Kelly's |
| 46 | Sonny Boy | Red Garland | When There Are Grey Skies |
| 47 | Sonny Boy | Sammy Davis, Jr. | All Star Spectacular |
| 48 | Sonny Boy | Sonny Rollins | Tour De Force |
| 49 | Sonny Boy | Sonny Rollins | Sonny Boy |
| 50 | The Best Things in Life Are Free | Chico Hamilton Quintet | The Three Faces Of Chico |
| 51 | The Best Things in Life Are Free | Hadda Brooks | The Late December 1947 Modern Sessions, Vol. 1 |
| 52 | The Best Things in Life Are Free | Sonny Stitt | Sonny Stitt with the New Yorkers |
| 53 | The Thrill Is Gone | Sammy Davis, Jr. | Just For Lovers |
| 54 | The Thrill Is Gone | Sarah Vaughan | Vaughan and Violins |
| 55 | The Thrill Is Gone | The Chet Baker Quartet | This Time The Dream's On Me |
| 56 | The Varsity Drag | Benny Goodman | The Complete Capitol Small Group Recordings, 1944-1955, Vol. 1 (HQ Remastered Version) |
| 57 | The Varsity Drag | Gerry Mulligan | The Original Tentet And Quartet (HQ Remastered Version) |
| 58 | The Varsity Drag | Stan Getz | In Chronology, 1953 (HQ Remastered Version) |
| 59 | The Varsity Drag | Stan Getz & Bob Brookmeyer | The Complete Interpretations Sessions (Expanded, HQ Remastered Version) |
| 60 | Together | Connie Francis | Second Hand Love And Other Hits (HQ Remastered Version) |
| 61 | Together | Duke Ellington | Duke Ellington Private Collection, - Vol. 6, Dance Dates, California 1958 |

# Infringement Chart

| # | Composition | Artist | Album |
|---|---|---|---|
| 62 | Together | Rosemary Clooney & the Hi-Lo's | Ring Around Rosie |
| 63 | Turn on the Heat | Fats Waller | Classics, 1929 (HQ Remastered Version) |
| 64 | Turn on the Heat | Fats Waller | Piano Solos, 1929-34 (HQ Remastered Version) |
| 65 | You're the Cream in My Coffee | Chico Hamilton Trio | Introducing Freddie Gambrell (HQ Remastered Version) |
| 66 | You're the Cream in My Coffee | Miff Mole | Classic Jazz, 1927-29 (HQ Remastered Version) |
| 67 | You're the Cream in My Coffee | Stephane Grapelli | Classics, 1941-1943 (HQ Remastered Version) |
| 68 | You're the Cream in My Coffee | Thelonious Monk and Joe Turner | In Paris (HQ Remastered Version) |