AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. 2:20-cv-00106-MLP    DATE FILED 1-23-2020 | U.S. District Court - Western District of Washington<br>700 Stewart Street, Suite 2310, Seattle, WA 98101 |
| PLAINTIFF<br>RAY HENDERSON MUSIC CO., INC., | DEFENDANT<br>AMAZON.COM, INC., AMAZON DIGITAL SERVICES LLC, VALLEYARM DIGITAL LIMITED, LENANDES LTD, GIACOMO VERANI, and LIMITLESS INT. RECORDINGS, |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | See Exhibit 1 for List of Works | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|
| CLERK<br>William M McCool | (BY) DEPUTY CLERK | DATE<br>1/24/2020 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# EXHIBIT 1

Exhibit 1

# List of Works

| # | Composition | Authors | Registration Number |
|---|---|---|---|
| 1 | Alabamy Bound | Ray Henderson, Bud DeSylva, Bud Green | E604659 |
| 2 | Alabamy Bound | Ray Henderson, Bud DeSylva, Bud Green | E605062 |
| 3 | Button Up Your Overcoat | Ray Henderson, Bud DeSylva, Lew Brown | EP2063 |
| 4 | Button Up Your Overcoat | Ray Henderson, Bud DeSylva, Lew Brown | EU1793 |
| 5 | Bye Bye Blackbird | Ray Henderson, Mort Dixon | E640638 |
| 6 | If I Had a Talking Picture of You | Ray Henderson, Bud DeSylva, Lew Brown | EU7092 |
| 7 | If I Had a Talking Picture of You | Ray Henderson, Bud DeSylva, Lew Brown | EP8016 |
| 8 | If You Hadn't Gone Away | Ray Henderson, Lew Brown, Billy Rose | E610897 |
| 9 | If You Hadn't Gone Away | Ray Henderson, Lew Brown, Billy Rose | E613224 |
| 10 | I'm A Dreamer, Aren't We All | Ray Henderson, Bud DeSylva, Lew Brown | EU8125 |
| 11 | I'm on the Crest of a Wave | Ray Henderson, Bud DeSylva, Lew Brown | E694670 |
| 12 | I'm on the Crest of a Wave | Ray Henderson, Bud DeSylva, Lew Brown | E683936 |
| 13 | I'm Sitting on Top of the World | Ray Henderson, Sam Lewis, Joe Young | E628004 |
| 14 | I'm Sitting on Top of the World | Ray Henderson, Sam Lewis, Joe Young | E621512 |
| 15 | It All Depends on You | Ray Henderson, Bud DeSylva, Lew Brown | E651216 |
| 16 | It All Depends on You | Ray Henderson, Bud DeSylva, Lew Brown | E650445 |
| 17 | Just a Memory | Ray Henderson, Bud DeSylva, Lew Brown | E665641 |

Exhibit 1

# List of Works

| # | Composition | Authors | Registration Number |
|---|---|---|---|
| 18 | Just a Memory | Ray Henderson, Bud DeSylva, Lew Brown | E658457 |
| 19 | Life Is Just a Bowl of Cherries | Ray Henderson, Lew Brown | EU42179 |
| 20 | Life Is Just a Bowl of Cherries | Ray Henderson, Lew Brown | EP24737 |
| 21 | Lucky Day | Ray Henderson, Bud DeSylva, Lew Brown | E642609 |
| 22 | Lucky In Love | Ray Henderson, Bud DeSylva, Lew Brown | E670368 |
| 23 | Lucky In Love | Ray Henderson, Bud DeSylva, Lew Brown | E670725 |
| 24 | Sonny Boy | Ray Henderson, Bud DeSylva, Lew Brown, Al Jolson | E696195 |
| 25 | Sonny Boy | Ray Henderson, Bud DeSylva, Lew Brown, Al Jolson | E699256 |
| 26 | The Best Things in Life Are Free | Ray Henderson, Bud DeSylva, Lew Brown | E670377 |
| 27 | The Best Things in Life Are Free | Ray Henderson, Bud DeSylva, Lew Brown | E670766 |
| 28 | The Thrill Is Gone | Ray Henderson, Lew Brown | EU42567 |
| 29 | The Thrill Is Gone | Ray Henderson, Lew Brown | EP24741 |
| 30 | The Varsity Drag | Ray Henderson, Bud DeSylva, Lew Brown | E670366 |
| 31 | The Varsity Drag | Ray Henderson, Bud DeSylva, Lew Brown | E670723 |
| 32 | Together | Ray Henderson, Bud DeSylva, Lew Brown | E679844 |
| 33 | Together | Ray Henderson, Bud DeSylva, Lew Brown | E664006 |
| 34 | Turn on the Heat | Ray Henderson, Bud DeSylva, Lew Brown | EU8126 |
| 35 | Turn on the Heat | Ray Henderson, Bud DeSylva, Lew Brown | EP8018 |

Exhibit 1

# List of Works

| # | Composition | Authors | Registration Number |
|---|---|---|---|
| 36 | You're the Cream in My Coffee | Ray Henderson, Bud DeSylva, Lew Brown | E699976 |
| 37 | You're the Cream in My Coffee | Ray Henderson, Bud DeSylva, Lew Brown | E704849 |