HON. RICARDO S. MARTINEZ
HON. MICHELLE L. PETERSON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RAY HENDERSON MUSIC CO., INC.,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br>AMAZON DIGITAL SERVICES LLC,<br>VALLEYARM DIGITAL LIMITED,<br>LENANDES LTD, GIACOMO VERANI,<br>and LIMITLESS INT. RECORDINGS,<br><br>Defendants. | Case No. 20-cv-0106-RSM-MLP<br><br>**STIPULATED MOTION AND ORDER** |

The undersigned counsel for Plaintiff Ray Henderson Music Co., Inc., and for Defendants Amazon.com Inc. and Amazon Digital Services LLC (together, "Amazon"), hereby stipulate and agree as follows:

WHEREAS, on April 7, 2020, Amazon filed a Motion to Dismiss (Dkt No. 23); and

WHEREAS, the parties have agreed, subject to the Court's approval, to a revised briefing schedule;

STIPULATED MOTION
Case No. 20-cv-0106-RSM-MLP

1

MANN LAW GROUP PLLC
1420 Fifth Avenue – Suite 2200
Seattle, WA 98101
Telephone: (206) 436-0900

NOW, THEREFORE, the parties stipulate to the following schedule, subject to the Court's approval:

1. Plaintiff shall oppose Amazon's motion or amend their complaint on or before **Monday, May 11, 2020**.

2. Defendants' reply in support of Amazon's motion is due on **Monday, May 25, 2020**.

3. The noting date for Amazon's motion shall be **Friday, May 29, 2020**.

Dated: April 22, 2020

Respectfully submitted,

By: *s/ Philip P. Mann*
Philip P. Mann, WSBA No: 28860
MANN LAW GROUP PLLC
1218 Third Avenue, Suite 1809
Seattle, Washington  98101
Phone: (206) 436-0900
E-mail: phil@mannlawgroup.com

Brian S. Levenson  * *Pro Hac Vice*
SCHWARTZ, PONTERIO & LEVENSON, PLLC
134 West 29th Street - Suite 1001
New York, New York 10001
Phone: (212) 714-1200
E-mail: blevenson@splaw.us

Attorneys for Plaintiff

By: *s/ Kenneth L. Steinthal*
Kenneth L. Steinthal (*Pro Hac Vice*)
KING & SPALDING LLP
101 Second Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 318-1200
E-mail: ksteinthal@kslaw.com

STIPULATED MOTION
Case No. 20-cv-0106-RSM-MLP

2

MANN LAW GROUP PLLC
1420 Fifth Avenue – Suite 2200
Seattle, WA  98101
Telephone: (206) 436-0900

*s/ Holly M. Simpkins*
Holly M. Simpkins
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: (206) 359-8000
E-mail: HSimpkins@perkinscoie.com

Attorneys for Defendants Amazon.com, Inc. and Amazon Digital Services, LLC

## ORDER

Pursuant to the parties' stipulation, it is so ordered.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Philip P. Mann*, Attorney for Plaintiff
*s/ Holly M. Simpkins*, Attorney for Defendants Amazon.com, Inc. and Amazon Digital Services, LLC

STIPULATED MOTION
Case No. 20-cv-0106-RSM-MLP

3

MANN LAW GROUP PLLC
1420 Fifth Avenue – Suite 2200
Seattle, WA 98101
Telephone: (206) 436-0900

# **CERTIFICATE OF SERVICE**

I hereby certify on the date indicated below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties who have appeared in this matter.

DATED:  April 23, 2020.                    /s/ *Philip P. Mann*

Stipulated Motion
Cause No. 20-cv-0106

Page 4

Mann Law Group PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA  98101
Phone:  206.436.0900