|   |   |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE | |
| SA MUSIC, LLC, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>AMAZON.COM, INC. et al.<br><br>　　　　　Defendants. | No. 2:20-cv-00105-BAT<br>(Arlen Docket)<br><br>No. 2:20-cv-00106-BAT<br>(Henderson Docket)<br><br>No. 2:20-cv-00107-BAT<br>(Warren Docket) |
| RAY HENDERSON MUSIC CO., INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON.COM, INC., et al.<br><br>　　　　　Defendants. | **ORDER OF DISMISSAL** |
| FOUR JAYS MUSIC COMPANY, et al.<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>AMAZON.COM, INC., et al.<br><br>　　　　　Defendants. | |

ORDER OF DISMISSAL
(Nos. 2:20-cv-00105, 00106, 00107-BAT) – 1

1
2       Pursuant to the Stipulation of Plaintiffs SA Music, LLC; William Kolbert, as Trustee of
3   the Harold Arlen Trust; Ray Henderson Music Company; Four Jays Music Company; and Julia
4   Riva (collectively, "Plaintiffs") and Defendants Amazon.com, Inc.; Amazon.com Services LLC;
5   and Valleyarm Digital Limited (collectively, "Defendants") (Arlen Action, Dkt. 80; Henderson
6   Action, Dkt. 76; Warren Action, Dkt. 76), these actions (2:20-cv-00105-BAT; 2:20-cv-00106-
7   BAT; 2:20-cv-00107-BAT) are **dismissed with prejudice** as to all claims, causes of action, and
8   parties, with each party bearing that party's own attorney's fees and costs.
9       DATED this 14th day of June, 2021.
10
11                                          _____
                                            BRIAN A. TSUCHIDA
12                                          United States Magistrate Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26